NIPMUC PROPERTIES, LLC *v.* PDC-EL PASO
MERIDEN, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 90 (AC 26895), is denied.

*Genevieve P. Salvatore*, in support of the petition.

*Deborah Leigh Moore*, in opposition.

Decided October 30, 2007

THIERRY ROSIER *v.* KATHLEEN ROSIER

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 338 (AC 27630), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*James H. Lee*, in support of the petition.

Decided October 30, 2007

ROBERT P. MURPHY ET AL. *v.* DEL SOLE AND
DEL SOLE, LLP

The named plaintiff's petition for certification for appeal from the Appellate Court (AC 28750) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert P. Murphy*, in support of the petition.

*Karen L. Karpie*, in opposition.

Decided October 30, 2007